ACCEPTED
14-14-00633-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 1:12:00 PM
CHRISTOPHER PRINE
CLERK

# NO. 14-14-00633-CR

## IN THE COURT OF APPEALS

## FOURTEENTH DISTRICT

## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 1:12:00 PM
CHRISTOPHER A. PRINE
Clerk

## NO. 1405231

## IN THE TRIAL COURT

## 337TH JUDICIAL DISTRICT

## HARRIS COUNTY, TEXAS

| | | |
|---|---|---|
| **CURTIS JAMES SIMOND** | § | **APPELLANT** |
| **VS.** | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

## MOTION FOR EXTENSION OF TIME
## FOR FILING APPELLANT'S BRIEF

**ALLEN C. ISBELL**
**202 Travis, Suite 208**
**Houston, Texas 77002**
**713/236-1000**
**Fax: 713/236-1809**
**STATE BAR NO. 10431500**

**COUNSEL ON APPEAL**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW CURTIS JAMES SIMOND, appellant, by and through his counsel on appeal, and respectfully requests this Honorable Court grant an Extension of Time for Filing an Appellant's Brief. The present date for filing the Brief is February 5, 2015, and it is respectfully requested that said time be extended until April 6, 2015. For cause, appellant would show the Court as follows:

I.

On November 12, 2014, appellant was convicted of Aggravated Assault of a Family Member, in the 337th District Court of Harris County, Texas entitled *The State of Texas vs. CURTIS JAMES SIMOND*, in Cause Number 1405231 and was sentenced to eleven (11) years confinement in the Texas Department of Criminal Justice, Institutional Division. No Motion for New Trial was filed. Written Notice of Appeal was given July 30, 2013.

II.

Counsel is unable to timely file the Brief within the time period from the first extension of filing the Reporter's Record for the following reasons:

1. Counsel is presently working on the following Brief for Appellant: Dains v. State, No. 14-14-00816-CR; Gates v. State, No. 14-14-00795-CR; Rivera v. State, No. 01-14-00957-CR;

2.  Counsel was in trial in the following matter from January 27, 2015 through January 30, 2015: In the Matter of L. M., No. 2011-04644J;

3.  Counsel is currently preparing for the following criminal trials:

    *   State vs. Reyes, No. 1313736 (Capital Murder)(set to begin February 9, 2015);

    *   State vs. Davis, No. 1388874 & 1312337 (Evading Arrest)(set to begin February 9, 2015);

    *   State vs. Aguilar, No. 1370058 (Murder)(set to begin February 16, 2015);

    *   State vs. Hobbs, Nos. 1322693, 1322694, 1322764, 1322796, 1323767, 1324124, & 1324125 (Agg Sexual Assault, Aggravated Kidnaping, Aggravated Assault, Capital Murder, & Murder).

4.  Counsel has recently represented the following in court: State vs. Bonds, No. 1436427; State vs. Caplan, No. 1449686; State vs. Chapman, Nos. 1945284, 1945285, & 1945286; State vs. Delce, No. 1449773; State vs. Earls, No. 1388874; State vs. Faulwell, No. 1438334; State vs. Ferguson, Nos. 1445692; State vs. Holliman, No. 1443652; State vs. Hutchins, No. 1395799; State vs. Lightfoot, Nos. 1415378, 1415379, 1420878, & 1436565; State vs. Magee, Nos. 1392085, 1386835, 1387732, & 1386809; State vs. Nash, No. 1444389; Payne vs. Payne, No. 12-DCV-201630; State vs. Peters, No. 1447571; State vs. Pinnock, Nos. 1435200 & 1393885; State vs. Rivas, Nos. 1441514, 1441515, & 1441646; State vs. Roby, No. 1445825; State vs. Simmons, No. 1434147; State vs. Smith, No. 1436342; State vs. Stacy, No. 1444450; State vs. Terrell, No. 1426152; State vs. Thedford, Nos. 1408153 & 1408154; State vs. Ward, Nos. 1284273, 1297205, & 1297206;

III.

Counsel feels that if the additional time is granted, the Brief in this cause will be filed timely.

IV.

This is the first (1st) extension requested.

V.

This motion is urged at the first opportunity as appellant is indigent and will suffer irremediable harm if it is not granted.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Honorable Court grant this extension of time in which to file the appellant's Brief until April 6, 2015.

Respectfully submitted,

/s/ Allen C. Isbell
ALLEN C. ISBELL
202 Travis, Suite 208
Houston, Texas 77002
713/236-1000
Fax No. 713/236-1809
STATE BAR NO. 10431500
email: allenisbell@sbcglobal.net

COUNSEL ON APPEAL

## Certificate of Service

I hereby certify that on this 5th day of February, 2015, a true and correct copy of the foregoing motion was sent to the District Attorney's Office, Appellate Division, and to Mr. Curtis James Simond, appellant.

/s/ Allen C. Isbell
ALLEN C. ISBELL

## Certificate of Compliance

The undersigned attorney on appeal certifies this motion is computer generated and consists of 690 words. Counsel is relying on the word count provided by the Word Perfect computer software used to prepare the motion.

/s/ Allen C. Isbell
ALLEN C. ISBELL